

### *United States District Court*

#### DISTRICT OF OREGON

| 827 United States Courthouse | 213 United States Courthouse |
|---|---|
| 1000 SW Third Avenue | 310 West Sixth Street |
| Portland, Oregon 97204-2902 | Medford, Oregon 97501-2710 |

Chambers of
**OWEN M. PANNER**
Senior United States District Judge

May 24, 2007.

RECEIVED 2007 MAY 31 A 11: 31 FINANCIAL DISCLOSURE OFFICE

Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

    Re: <u>Calendar Year 2006 Filing</u>

    This will acknowledge receipt of your letter of May 11, 2007.

    In Part III, B., line 1, I should has shown ████ as associated ████████

████████████████

    With respect to Part VII, page 1, line 2, the only information I have is that the trustee is ████████████████████████ There are numerous properties involved, the locations of which I don't know.

    In Part VII, page 1, line 9, Column C(2), the value method code should have been T.

████████████████████████████████████

████████████

        Sincerely,



OWEN M. PANNER

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| PANNER, OWEN M. | U.S. District Court District of Oregon | 4/10/07. |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | 2006 |
| | 5b. ___ Amended Report | |

**7. Chambers or Office Address**

1000 SW Third Avenue, Ste 827
Portland, OR 97204

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date _____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| DIRECTOR | THE HIGH DESERT MUSEUM |
| LIFE TRUSTEE | LEWIS & CLARK COLLEGE |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

☒ NONE (No reportable non-investment income.)

| | | $ |
|---|---|---|
| | | $ |
| | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

☐ NONE (No reportable non-investment income.)

| 2006 | REAL ESTATE SALESPERSON | |
|---|---|---|
| | | |

RECEIVED
2007 APR 23 A 10: 16
FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:
| J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|
| N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| P2=$5,000,001-$25,000,000 | P3=$25,000,001-50,000,000 | | P4=$50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| PANNER, OWEN M. | 4/10/07. |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code] (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Horse Business | A | | K | W | | | | | |
| 2 Oil Royalty Trust | B | Roy | K | W | | | | | |
| 3 Northern Life Insurance | A | Int | K | W | | | | | |
| 4 Vintage Petroleum- California | A | Roy | K | W | | | | | |
| 5 Wells Fargo Bank - Checking Account | A | Int | J | T | | | | | |
| 6 Capital Income Builder Fund (Mutual Fund) | B | Int | K | T | | | | | |
| 7 Davis New York Venture Fund (Mutual Fund) | B | Int | K | T | | | | | |
| 8 Oregon State BRD HGHR SER (Municipal Bond) | A | Int | K | T | | | | | |
| 9 Oregon DPT ADMIN SVCS REF COPS (Municipal Bond) | A | Int | J | | | | | | |
| 10 Smith Barney (Capital) Agg. Growth Fund (Mutual Fund | A | Int | K | T | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001 - $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PANNER, OWEN M. | 4/10/07 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

██████████ I raise, train, show and sell horses on a very small basis. We occasionally sell a horse on the average, one per year, but we also buy one, and the sales do not affect the financial disclosure report because they are not significant.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████ Date 4/16/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544